UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

               -v-

JEFFREY HASTINGS,
                      Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

1:20-CR-534 (GHW)

Defendant ___Jeffrey Hastings_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Jeffrey Hastings
Print Defendant's Name

_____
Defense Counsel's Signature

James L. Leader, Jr
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

October 21, 2020
Date

_____
U.S. District Judge/U.S. Magistrate Judge