USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
:
UNITED STATES OF AMERICA,                         :         1:20-cr-534-GHW
:
:
-v-                                               :         ORDER
:
:
JEFFREY HASTINGS,                                 :
:
:
                              Defendant.          :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Upon the application of the defendant, Jeffrey Hastings, by and through his attorneys, Michael S. Dry, Jeffrey Johnston, James Leader, Jr., and Daniel T. Wallmuth, and without the objection of the United States of America, by and through Audrey M. Strauss, Acting United States Attorney for the Southern District of New York, Christine Ingrid Magdo, Robert Lee Boone, and Gina Marie Castellano, Assistant United States Attorneys, of counsel, it is hereby ORDERED that the status conference in this case be continued from December 21, 2020 to February 16, 2021 at 10:00 a.m.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial because it will permit the defendant and his counsel to receive and review discovery. Accordingly, it is further ORDERED that the time from the date of this order through February 16, 2021 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: December 18, 2021

GREGORY H. WOODS
United States District Judge