```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
   UNITED STATES OF AMERICA,                               :
                                                           :
                       -v-                                 :         1: 19-cr-00534-GHW
                                                           :
   JEFFREY HASTINGS,                                       :              ORDER
                                                           :
                           Defendant.                      :
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/2021

GREGORY H. WOODS, United States District Judge:

Trial in this matter will commence at 9:00 a.m. on October 4, 2021. The jury trial will be held in a courtroom of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007. The parties will be notified of the courtroom number prior to the trial date.

Pretrial motions by Defendant are due no later than April 1, 2021. The Government's oppositions to any defense motions are due no later than April 15, 2021. Defendant's replies, if any, are due no later than one week following service of the oppositions. The Court will hold a hearing on any defense motions necessitating a hearing on May 28, 2021 at 2:00 p.m.

The pretrial materials required by Rule 6 of the Court's Individual Rules of Practice in Criminal Cases, including motions *in limine*, are due no later than July 8, 2021. If any motions *in limine* are filed, opposition papers are due no later than seven days after the date of service of the motion. Reply papers, if any, are due no later than four days after the date of service of the opposition. Courtesy copies of motions *in limine* should be submitted when the motions are fully briefed. The Court will hold a final pretrial conference in this matter on September 22, 2021 at 1:00 p.m.

The parties are further directed to submit: (1) a proposed brief description of the case, to be

read to the venire and (2) a brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements, no later than July 8, 2021.  If the parties are unable to agree on the language of such a short overview, they are directed to notify the Court of that fact by the same date.

    SO ORDERED.

Dated:  February 16, 2021

                                                      GREGORY H. WOODS
                                                   United States District Judge