UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -v-

JEFFREY HASTINGS,                    ,
                Defendant.
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

__20__-CR-__534__ **(GHW)**

Defendant __Jeffrey Hastings_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

_X_    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Jeffrey Hastings
_____
Print Defendant's Name

_____
Defense Counsel's Signature

Michael S. Dry
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

__February 16, 2021__
Date

_____
Gregory H. Woods
U.S. District Judge