USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
                                                     :

UNITED STATES OF AMERICA,          :

                                                     :

             -v-                       :              1: 19-cr-00534-GHW

                                                   :

JEFFREY HASTINGS,                   :              <u>ORDER</u>

                                                   :

                         Defendant.   :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       Pursuant to the Court's February 16, 2021 order, any pretrial motions by Defendant were due by no later than April 1, 2021. Dkt. No. 30. Defendant has not filed any such motions. Accordingly, as stated on the record during the April 12, 2021 conference, the hearing scheduled for May 28, 2021 is adjourned.

       SO ORDERED.

Dated: April 12, 2021
New York, New York

                                                                _____
                                                                   GREGORY H. WOODS
                                                              United States District Judge