UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

JEFFREY HASTINGS,    ,
     Defendant.
----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

__18__-CR-__534__(GHW)__

Defendant __Jeffrey Hastings_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

_X_ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____
Defense Counsel's Signature

Jeffrey Hastings
_____
Print Defendant's Name

Michael S. Dry
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

April 12, 2021
_____
Date

_____
Gregory H. Woods
U.S. District Judge