

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/13/2021

July 13, 2021

# MEMORANDUM ENDORSED

**BY ECF**
Honorable Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Jeffrey Hastings*, S1 20 Cr. 534 (GHW)

Dear Judge Woods:

The Government writes on behalf of both parties to respectfully request a one-week extension of the deadlines for opposition and reply papers to the parties' respective motions *in limine* filed on July 8, 2021. The current deadline for opposition papers is July 15, 2021 and the current deadline for reply papers is July 19, 2021. The parties respectfully request that the deadline to file opposition papers be extended until July 22, 2021 and the deadline to file reply papers be extended until July 26, 2021.

Respectfully submitted,

ILAN GRAFF
Attorney for the United States
*Acting under Authority Conferred by 28 U.S.C. § 515*

by: /s/
Christine I. Magdo/ Gina Castellano/ Robert Boone
Assistant United States Attorneys
(212) 637-2297/-2224/-2208

cc: Michael Dry, Esq.
    Daniel Wallmuth, Esq.

Application granted. The briefing schedule for the motions in limine is extended as follows: the parties' oppositions are due no later than July 22, 2021. Replies, if any, are due no later than July 26, 2021.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 79.

SO ORDERED.

Dated: July 13, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge