USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
    UNITED STATES OF AMERICA,

                  -v-                                      1: 20-cr-00534-GHW

    JEFFREY HASTINGS,                                  ORDER

                        Defendant.
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The parties' July 23, 2021 request to extend the deadline to reply to the parties' respective motions *in limine*, Dkt. No. 84, is granted. The deadline for any reply to the parties' motions *in limine* is extended to July 29, 2021.

The Government's opposition to Defendant's motion *in limine* contained redactions in both the brief and the exhibits. The Government has only provided the Court with an unredacted version of its brief. The Government is directed provide the Court with copies of its entire opposition submission with the proposed redactions highlighted.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 84.

SO ORDERED.

Dated: July 23, 2021
New York, New York

                                                              _____
                                                               GREGORY H. WOODS
                                                           United States District Judge