```
                                                    USDC SDNY
                                                    DOCUMENT
                                                    ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                        DOC #: _____
SOUTHERN DISTRICT OF NEW YORK                       DATE FILED: 11/16/2021
-----------------------------------------------------------X
                                                :
   UNITED STATES OF AMERICA                     :
                                                :
                                                :
                                                :       1:20-cr-534-GHW
                     -against-                  :
                                                :              ORDER
   JEFFREY HASTINGS,                            :
                                                :
                              Defendant.        :
-----------------------------------------------------------X
```

GREGORY H. WOODS, United States District Judge:

As discussed during the sentencing proceeding held on November 15, 2021 (the "Proceeding"), the Court has received the November 15, 2021 request from SAExploration Holdings, Inc.'s ("SAE") and Whitebox Advisors LLC ("Whitebox") that the Court order restitution to SAE and Whitebox. Dkt. No. 99. As articulated on the record during the Proceeding, SAE and Whitebox are ordered to submit briefing in support of that request. SAE's and Whitebox's opening brief is due no later than December 17, 2021. Defendant's opposition is due no later than January 10, 2022. SAE's and Whitebox's reply, if any, is due January 17, 2022.

SO ORDERED.

Dated: November 16, 2021
       New York, New York

_____
GREGORY H. WOODS
United States District Judge