```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

JEFFREY HASTINGS,
        Defendant.
----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

1:20-CR-534 (GHW)

Defendant __Jeffrey Hastings__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

\_\_\_ Initial Appearance/Appointment of Counsel

\_\_\_ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_ Preliminary Hearing on Felony Complaint

\_\_\_ Bail/Revocation/Detention Hearing

_X_ Proceeding as to the application for restitution

\_\_\_ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature

_____
Defense Counsel's Signature

  Jeffrey Hastings
Print Defendant's Name

  Michael S. Dry
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

February 24, 2022
Date

_____
U.S. District Judge/U.S. Magistrate Judge