USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
    UNITED STATES OF AMERICA    :

                                                   :      1:20-cr-534-GHW

              -against-            :

                                                 :      <u>ORDER</u>

    JEFFREY HASTINGS,              :

                              Defendant.:
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

ON February 24, 2022, the Court held a conference to discuss SAExploration Holdings, Inc.'s ("SAEx") request for restitution.  For the reasons articulated on the record during that conference, SAEx and the Government are instructed to submit supplemental submissions regarding that request no later than March 10, 2022.  Any response from Defendant Jeffrey Hastings is due no later than March 17, 2022.

    SO ORDERED.

Dated:  February 24, 2022

                                                                      _____
                                                                        GREGORY H. WOODS
                                                                 United States District Judge