USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    UNITED STATES OF AMERICA        :

                               -against-                :      1:20-cr-534-GHW

                                                  :      <u>ORDER</u>

    JEFFREY HASTINGS,

                                  Defendant.:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       On February 24, 2022, the Court ordered SAExploration Holdings, Inc. ("SAEx") and the government to provide supplemental submissions regarding SAEx's request for restitution.  On February 25, 2022, the Second Circuit issued an opinion in *United States of America v. Afriyie*, No 20-2269-cr, in which it determined that, under the Mandatory Victims Restitution Act, "restitution is only appropriate for expenses associated with criminal matter.  Civil matters—including SEC investigations—even if closely related to a criminal case—do not qualify."  SAEx and the parties are directed to account for the Second Circuit's decision in their supplemental submissions.

       SO ORDERED.

       Dated:  February 25, 2022
       New York, New York

                                                                          GREGORY H. WOODS
                                                              United States District Judge