**MEMORANDUM ENDORSED**

**Vinson&Elkins**

Mike Dry  mdry@velaw.com
Tel +1.202.639.6525  Fax +1.202.879.8865

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/10/2022
```

April 8, 2022

**By ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   **United States v. Jeffrey Hastings**, 20 Cr. 534 (GHW)

Dear Judge Woods:

On behalf of Defendant Jeffrey Hastings, undersigned counsel respectfully submits this request regarding his passports and cash bond. Mr. Hastings's U.S. and Canadian passports have been retained by the U.S. Probation and Pretrial Services Office for the District of Alaska during the pendency of his criminal case. Mr. Hastings's bond was secured with $100,000 cash.

On April 1, 2022, Mr. Hastings surrendered to the custody of the Bureau of Prisons as ordered by the Court. Accordingly, undersigned counsel respectfully requests that the Court enter an order directing U.S. Probation and Pretrial Services to return Mr. Hastings's passports to his wife, Lori Hastings, and for the $100,000 cash bond also to be returned to Mrs. Hastings.

The Government has no objection to this request.

Respectfully submitted,

   /s/ *Michael S. Dry*
Michael S. Dry (admitted *pro hac vice*)
Daniel T. Wallmuth (admitted *pro hac vice*)
VINSON & ELKINS L.L.P.
2200 Pennsylvania Ave., NW, Ste. 500 West
Washington, DC 20037
(202) 202-639-6525
mdry@velaw.com
dwallmuth@velaw.com

Jeffrey S. Johnston (admitted *pro hac vice*)
James L. Leader, Jr. (admitted *pro hac vice*)

**Vinson & Elkins LLP  Attorneys at Law**
Austin  Dallas  Dubai  Houston  London  Los Angeles  New York
Richmond  Riyadh  San Francisco  Tokyo  Washington

2200 Pennsylvania Avenue NW, Suite 500 West
Washington, DC 20037-1701
Tel +1.202.639.6500  Fax +1.202.639.6604  velaw.com



April 8, 2022   Page 2

1001 Fannin Street, Ste. 2500
Houston, TX 77002
(713) 758-2198
jjohnston@velaw.com
jleader@velaw.com

Defendant's request is granted in part.  U.S. Probation and Pretrial Services is ordered to return Mr. Hastings's passports to his wife, Lori Hastings.  Counsel is directed to confer with counsel for the United States regarding the process to return bond payments in this district.

SO ORDERED.

Dated:  April 10, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge