# Vinson&Elkins

Mike Dry  mdry@velaw.com
Tel +1.202.639.6525  Fax +1.202.879.8865

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/8/2022

June 8, 2022

## MEMORANDUM ENDORSED

**By ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   **United States v. Jeffrey Hastings**, 20 Cr. 534 (GHW)

Dear Judge Woods:

Defendant Jeffrey Hastings respectfully requests a 21-day extension of the time period to submit a supplemental submission as directed by the Court's May 31, 2022 Memorandum Opinion and Order. Dkt. No. 134.

On May 31, 2022, the Court directed Mr. Hastings to file a supplemental submission by June 8, 2022 if he asserted that he has experienced "actual prejudice" as a result of the Court's calculation of restitution after the time period proscribed by 18 U.S.C. § 3664(d)(5). The following day, undersigned counsel contacted Mr. Hastings's assigned counselor at the Federal Correctional Institution in Sheridan, Oregon ("FCI-Sheridan"), by email to schedule a legal, privileged call with Mr. Hastings. Undersigned counsel subsequently left voicemails on multiple days with Mr. Hastings's assigned counselor and assigned case manager at FCI-Sheridan to schedule a legal phone call, but to date, has received no response from FCI-Sheridan staff to schedule a legal phone call. Undersigned counsel has sent a copy of the Court's May 31, 2022 Order to Mr. Hastings, but to date, has only been able to communicate briefly with Mr. Hastings via the Bureau of Prisons' monitored telephone and email system. Accordingly, undersigned counsel has been unable to discuss the Court's Order with Mr. Hastings in a means to preserve the attorney-client privileged nature of the discussion.

For the foregoing reasons, Mr. Hastings respectfully requests an additional 21 days to consider the Court's May 31, 2022 Order and discuss it with undersigned counsel in means to preserve the attorney-client privileged nature of the communication.

Respectfully submitted,

_/s/ Michael S. Dry_____
Michael S. Dry (admitted *pro hac vice*)

**Vinson & Elkins LLP  Attorneys at Law**
Austin  Dallas  Dubai  Houston  London  Los Angeles  New York
Richmond  Riyadh  San Francisco  Tokyo  Washington

2200 Pennsylvania Avenue NW, Suite 500 West
Washington, DC 20037-1701
Tel +1.202.639.6500  Fax +1.202.639.6604  velaw.com



Daniel T. Wallmuth (admitted *pro hac vice*)
VINSON & ELKINS L.L.P.
2200 Pennsylvania Ave., NW, Ste. 500 West
Washington, DC 20037
(202) 202-639-6525
mdry@velaw.com
dwallmuth@velaw.com

Jeffrey S. Johnston (admitted *pro hac vice*)
James L. Leader, Jr. (admitted *pro hac vice*)
1001 Fannin Street, Ste. 2500
Houston, TX 77002
(713) 758-2198
jjohnston@velaw.com
jleader@velaw.com

Application granted.  The deadline is extended to June 29. 2022.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 136.

SO ORDERED.
Dated:  June 8. 2022
New York. New York

GREGORY H. WOODS
United States District Judge