| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 10/11/2022 |
| UNITED STATES OF AMERICA,<br><br>                              Judgment Creditor,<br><br>v.<br><br>JEFFREY HASTINGS,<br><br>                              Judgment Debtor. | 20 CR 534 (GHW)<br><br>**ORDER** |

GREGORY H. WOODS, District Judge:

WHEREAS, in September 2020, Jeffrey Hastings paid $100,000 to the Clerk of Court as and for his appearance bond, and those funds remain on deposit with the Clerk of Court;

WHEREAS, on November 29, 2021, the Court sentenced Hastings to 36 months of imprisonment and ordered him to pay a $200 mandatory assessment and $35,000 fine;

WHEREAS, on June 2, 2022, the Court entered an Amended Judgment (Dkt. 135) that ordered Hastings to pay $7,363,129.34 in restitution; and

WHEREAS, the Government has moved pursuant to 18 U.S.C. § 3613 and 28 U.S.C. § 2044 for an order to apply the bond deposit currently held by the Clerk of Court toward the outstanding restitution balance and to change the allocation of a $35,000 payment from the fine to the victim as restitution in accordance with 18 U.S.C. § 3612(c);

IT IS HEREBY ORDERED that the Clerk of Court shall transfer or otherwise apply the $100,000.00 in funds held in the Court's registry on behalf Jeffrey Hastings to partially satisfy his outstanding restitution obligation, and transfer or otherwise apply a $35,000 payment to the victim for restitution instead of the fine. The Clerk of Court is directed to terminate the motion at Dkt. No. 142.

Dated:     October 11    , 2022
         New York, New York

_____
HON. GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE