

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

# MEMORANDUM ENDORSED

August 2, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/23/2023

The Honorable Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Jeffrey Hastings*, No. 20-CR-534 (GHW)

Dear Judge Woods:

To recover restitution for the crime victim in this case from the defendant's substantial nonexempt interest in the real property at 175 Kalaihi Place, Lahaina, Hawaii, the United States made the following *ex parte* filings, which the Clerk of Court has since kept under seal: (1) Application for Writ of Execution dated March 28, 2023; (2) Writ of Execution dated March 31, 2023; and (3) Clerk's Notice dated April 5, 2023. Each of these documents and the required Notices of Levy and Sale have been served on the real property, the defendant, and potentially interested parties in accordance with 28 U.S.C. §§ 3102(d) and 3202(c). *See* Process Receipts and Returns and Certificates of Service (Dkts. 160-67). The undersigned has conferred with counsel for the defendant and interested third parties regarding the sale plans for the property via the United States Marshal's Service ("USMS"). There are no unresolved claims or objections to the pending sale, which is currently scheduled to close by August 16, 2023.

To close the sale and transfer title to the purchaser, USMS needs certified copies of certain documents for recording in Maui County, State of Hawaii Bureau of Conveyances. Therefore, we respectfully request that the Court enter the enclosed Proposed Order directing the Clerk of Court to unseal the above-listed *ex parte* filings, make public docket entry of those items, and provide certified copies of the Writ of Execution and Notice of Execution Sale to the undersigned for preparation of the related Marshal's Deed.

We thank the Court for its consideration.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By: */s/ Melissa A. Childs*
MELISSA A. CHILDS
Assistant United States Attorney
Telephone: (212) 637-2711

Application granted. The Clerk of Court is directed to unseal and docket for public view the following documents: 1) Application for Writ of Execution dated March 28, 2023; (2) Writ of Execution dated March 31, 2023; and (3) Clerk's Notice dated April 5, 2023.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 169 and 170.

SO ORDERED.

Dated: August 23, 2023
New York, New York

GREGORY H. WOODS
United States District Judge