USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/24/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                    :
  UNITED STATES OF AMERICA     :
                    :
                    :      1:20-cr-534-GHW
         -against-       :
                    :      <u>ORDER</u>
  JEFFREY HASTINGS,          :
                    :
              Defendant.:
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       On November 22, 2023, counsel for the United States filed a "Notice of Settlement of Order," together with a proposed "Final Order of Garnishment" to be entered by the Court (the "Proposed Order"). Dkt. No. 183. A substantial number of facts are embedded in the Proposed Order. They are included in the recitals to the Proposed Order and in the operative paragraphs of the Proposed Order.

       The factual predicate for an application to the Court must be set forth in a sworn affidavit. That principle applies to the United States as well as other parties. Therefore, the Court declines to enter the Proposed Order on this record. Any renewed application should be accompanied by a sworn affidavit setting forth all of the facts to be considered by the Court in connection with the Proposed Order.

       SO ORDERED.

Dated: November 24, 2023

                                                         _____
                                                         GREGORY H. WOODS
                                                      United States District Judge